**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 20-14003-BB

---

LADIES MEMORIAL ASSOCIATION, INC.,
RANDALL CROOKE,
Individually and as representative of the
Stephen Russell Mallory Camp 1315,
Sons of Confederate Veterans,
SAVE SOUTHERN HERITAGE INC,
Florida chapter,
VETERANS MONUMENTS OF AMERICA, INC.,

Plaintiffs - Appellants,

versus

CITY OF PENSACOLA, FLORIDA,
a municipality,
FLORIDA SECRETARY OF STATE,
In her official capacity,

Defendants - Appellees.

---

No. 21-11072-BB

---

LADIES MEMORIAL ASSOCIATION, INC.,
RANDALL CROOKE,
Individually and as a representative of the
Stephen Russell Mallory Camp 1315,
Sons of Confederate Veterans,
SAVE SOUTHERN HERITAGE INC,
Florida Chapter,
VETERANS MONUMENTS OF AMERICA, INC.,

Plaintiffs - Appellants,

versus

CITY OF PENSACOLA FLORIDA,
SECRETARY OF STATE OF THE STATE OF FLORIDA, `

                                                   Defendants - Appellees.

------------------------------

On Appeal from the United States District Court for the
Northern District of Florida

------------------------------

Before: NEWSOM, TJOFLAT, and ED CARNES, Circuit Judges.

BY THE COURT:

On its own motion, this Court *sua sponte* TRANSFERS "Appellants' Application for Attorney's Fees..." to the district court for its consideration of whether Appellants are entitled to appellate attorney's fees and the amount of appellate attorney's fees to which Appellants are entitled, if any. *See* 11th Cir. R. 39-2(d).

"City of Pensacola's Objection to Appellants' Bill of Costs," requesting that the Court disallow Appellants' request for taxable costs, is GRANTED IN PART and is DENIED IN PART. The Clerk is DIRECTED to process Appellants' Bill of Costs and approve $992.10 in taxable costs.